NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number 1:21mj00218-02-ZMF

LOUIS ENRIQUE COLON
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

James R. Hobbs Mo Bar 29732
*(Attorney & Bar ID Number)*
Wyrsch Hobbs & Mirakian, P.C.
*(Firm Name)*
1200 Main St., Suite 2110
*(Street Address)*
Kansas City, MO 64105
*(City)   (State)   (Zip)*
(816) 221-0080
*(Telephone Number)*