IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:21-cr-00160-002 (TJK) |
| ) | |
| LOUIS ENRIQUE COLON, ) | **UNOPPOSED MOTION FOR** |
| ) | **ORDER TO PERMIT TRAVEL** |
| Defendant. ) | **TO SPARTANBURG, SC** |

COMES NOW the defendant, Louis Enrique Colon, by and through undersigned counsel, pursuant to 18 U.S.C. § 3142 and Rule 12 of the Federal Rules of Criminal Procedure, and hereby respectfully requests this honorable court to enter an order allowing him to travel to Spartanburg, SC, to visit his terminally ill uncle in hospice care. In support of this motion the defendant states the following suggestions in support:

## SUGGESTIONS IN SUPPORT

1. The defendant is on release and under the supervision of the U.S. Probation and Pretrial Office for the Western District of Missouri.

2. The defendant respectfully requests the Court issue him a three-day travel order so that he can visit his uncle who is terminally ill and under the care of Agape Hospice Care in Spartanburg, SC.

3. If allowed to travel to Spartanburg, Mr. Colon will provide a detailed itinerary and contact information to his pretrial officer. Mr. Colon would require a three-day travel order, to allow for travel to Spartanburg, visits with his uncle and family

1

and return travel to Kansas City. If the Court grants this travel request, the specific dates of the three-day travel would then be determined between the defendant and his pretrial officer but is anticipated to be shortly after the issuance of the order.

4. Senior Probation Officer Dan Schroeder has indicated he has no objection to this request. He will require the defendant to provide an exact itinerary for his trip. Undersigned counsel has contacted Assistant United States Attorney Christopher Berridge, and he has no objection as to this request so long as the trip is short and a detailed itinerary is provided to the pretrial officer.

5. The defendant agrees to a ruling on this motion without the requirement of a hearing unless otherwise ordered by this court.

WHEREFORE, defendant Colon respectfully requests that the Court issue a three-day Travel Order allowing him to travel to Spartanburg, SC, as set out herein and for such further and other relief as deemed appropriate by the Court.

> Respectfully submitted,
>
> WYRSCH HOBBS & MIRAKIAN, P.C.
>
> By: ___/ s/ James R. Hobbs_____
> JAMES R. HOBBS         MO 29732
> 1200 Main Street
> Suite 2110
> Kansas City, Missouri 64105
> Tel:  (816) 221-0080
> Fax:  (816) 221-3280
> jrhobbs@whmlaw.net
> ***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 29th day of March, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                      /s/ James R. Hobbs
                                    ***Attorney for Defendant***