AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
LOUISE ENRIQUE COLON

)  Case: 1:21-mj-00218
)  Assigned to: Judge Faruqui, Zia M
)  Assign Date: 2/10/2021
)  Description: COMPLAINT W/ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LOUISE ENRIQUE COLON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit, which is incorporated herein by reference.

Date: 02/10/2021

2021.02.10
15:36:53 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/10/2021 and the person was arrested on *(date)* 02/11/2021
at *(city and state)* 400 E 9th Street, Kansas City, MO 64106

Date: 02/11/2021

DUSM B. Redetzke
*Arresting officer's signature*

DUSM Brandon Redetzke
*Printed name and title*