UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-160-2 (TJK) |
| : | |
| LUIS ENRIQUE COLON, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT REGARDING
DEFENDANT LUIS ENRIQUE COLON**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Lui Enrique Colon, by and through his attorney James Hobbs, Esq., provide this Joint Status Report to the Court.

1. On April 27, 2022, defendant Colon entered a plea of guilty to Count 3 of the First Superseding Indictment. Based on defendant's cooperation with the government, as described in his Plea Agreement, (Dkt. 142 at 5-7), the Court ordered the parties to file a Joint Status Report by July 29, 2022, in lieu of setting a sentencing date.

2. Due to the inadvertence of the undersigned counsel, the Joint Status Report was not filed by July 29, 2022.

3. On August 25, 2022, the Court ordered the parties to file the previously ordered Joint Status Report by August 31, 2022.

4. At this time, defendant Colon's potential cooperation is incomplete.

5. To permit the parties to fully apprise the Court of the extent of defendant Colon's cooperation at sentencing, as applicable, the parties respectfully request that the Court not schedule defendant's sentencing at this time.

6. The parties respectfully request that the Court set this matter for an additional Joint Status Report to be filed on or before December 15, 2022.

7. The undersigned Assistant U.S. Attorney has received permission from counsel for defendant Colon to file this Joint Status Report.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   /s/ *Christopher K. Veatch*
        CHRISTOPHER K. VEATCH
        Assistant United States Attorney, Detailee
        IL Bar No. 6276097
        219 S. Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        christopher.veatch@usdoj.gov
        (312) 886-3389