UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-160-2 (TJK) |
| | : | |
| **LUIS ENRIQUE COLON,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT REGARDING**
**DEFENDANT LUIS ENRIQUE COLON**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Luis Enrique Colon, by and through his attorney James Hobbs, Esq., provide this Joint Status Report to the Court.

1. On April 27, 2022, defendant Colon entered a plea of guilty to Count 3 of the First Superseding Indictment. Based on defendant's cooperation with the government, as described in his Plea Agreement, ECF 142 at 5-7, the Court has ordered the parties to file periodic Joint Status Reports in lieu of setting a sentencing date. *E.g.*, Minute Order of 8/26/2022.

2. At this time, defendant Colon's potential cooperation is not yet complete.

3. To permit the parties to fully apprise the Court of the extent of defendant Colon's cooperation at sentencing, as applicable, the parties respectfully request that the Court not schedule defendant's sentencing at this time.

4. The parties respectfully request that the Court set this matter for an additional Joint Status Report to be filed on or before June 3, 2022.

5. The undersigned Assistant U.S. Attorney has received permission from counsel for defendant Colon to file this Joint Status Report.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          DC Bar No. 481052

By:   */s/ Conor Mulroe*
       Conor Mulroe
       NY Bar No. 5289640
       Trial Attorney
       U.S. Department of Justice, Criminal Division
       1301 New York Ave. NW, Suite 700
       (202) 330-1788
       conor.mulroe@usdoj.gov