IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:21-cr-00160-002 (TJK) |
| | ) | |
| LOUIS ENRIQUE COLON, | ) | **UNOPPOSED MOTION TO** |
| | ) | **TEMPORARILY MODIFY** |
| Defendant. | ) | **CONDITIONS OF PRETRIAL RELEASE** |

COMES NOW the defendant, Louis Enrique Colon, by and through undersigned counsel, pursuant to 18 U.S.C. § 3142 and Rule 12 of the Federal Rules of Criminal Procedure, and hereby respectfully requests this honorable court to enter an order temporarily modifying his pretrial release condition 7(s) to allow him permission to travel to the metro Washington, DC area for work.. In support of this motion the defendant states the following suggestions in support:

## SUGGESTIONS IN SUPPORT

1. The defendant is on pretrial release and under the courtesy supervision of the U.S. Probation and Pretrial Office for the Western District of Missouri.

2. Mr. Colon's release conditions at para. 7(s) state: Stay away from D.C. except for Court, PSA business, and to meet with Counsel. (See Doc. 43 filed February 26, 2021.) The defendant seeks to temporarily modify the condition to allow him to be in DC for work.

3. The defendant is monitored by SmartLINK. He is compliant with all conditions of his pretrial release. The most recent Pretrial Compliance Report (Doc. 165)

confirms his compliance, and he has had no reports of violation. The next Joint Status Report in Mr. Colon's case is due to the Court on February 28, 2024.

    4.    Mr. Colon is an electrician gainfully employed as an outside lineman on a contract basis. He is working for BBC Electric who is currently providing clean up, repair and restoration services to the east coast due to the recent storms. It is Mr. Colon's understanding that the work will primarily be in the Atlantic City, NJ area. However, given the unpredictability of the winter storms, the repair work may move into the counties apprising the greater D.C. area. Mr. Colon wants to avoid non-compliance if the work requires that he enter this area. While the length of time that Mr. Colon may be working in the metro D.C., is unknown, he will remain in close contact with his P.O. as to when he has completed this work. He will also continue to abide by all other conditions of pretrial release.

    5.    Undersigned counsel has contacted the Western District of Missouri who is providing courtesy supervision of Mr. Colon. P.O. Humig indicated that she does not object to the Court granting a temporary modification to Mr. Colon's release conditions allowing him to be in metro D.C. area for work should the need arise. She has no concerns with him continuing to abide by all other conditions. Mr. Copes with the D.C. District Court Unit Pretrial Services Office has indicated that he is not opposed to this request if the Court is inclined to grant the motion. Undersigned counsel has contacted Assistant United States Attorney Conor Mulroe as to the government's position with regard to this motion. AUSA Mulroe has indicated that the government has no objection to this request for temporary modification.

6. The defendant agrees to a ruling on this motion without the requirement of a hearing unless otherwise ordered by this court.

WHEREFORE, defendant Colon respectfully requests that the Court temporarily modify paragraph 7(s) of his release conditions as set out herein and for such further and other relief as deemed appropriate by the Court.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:  / s/ James R. Hobbs
JAMES R. HOBBS  DC Bar ID MO0022
1200 Main Street
Suite 2110
Kansas City, Missouri 64105
Tel:  (816) 221-0080
Fax:  (816) 221-3280
jrhobbs@whmlaw.net
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of January, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

 /s/ James R. Hobbs
***Attorney for Defendant***