UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-160-2 (TJK) |
| : | |
| LUIS ENRIQUE COLON, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT REGARDING DEFENDANT LUIS ENRIQUE COLON

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Luis Enrique Colon, by and through his attorney James Hobbs, Esq., provide this Joint Status Report to the Court.

1. On April 27, 2022, defendant Colon entered a plea of guilty to Count 3 of the First Superseding Indictment. Based on defendant's cooperation with the government, as described in his Plea Agreement, ECF 142 at 5-7, the Court has ordered the parties to file periodic Joint Status Reports in lieu of setting a sentencing date. *E.g.*, Minute Order of 8/26/2022.

2. Defendant Colon's cooperation now complete. Accordingly, the parties respectfully request that the Court set a sentencing date and make a referral to the Probation Office for preparation of a Presentence Investigation Report.

3. The undersigned Assistant U.S. Attorney has received permission from counsel for defendant Colon to file this Joint Status Report.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:   /s Conor Mulroe
Conor Mulroe
NY Bar Number 5289640
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 330-1788
conor.mulroe@usdoj.gov